UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 21-cr-0270 JEB |
| | : | |
| | : | |
| MICHAEL HERNANDEZ RIVERA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## MOTION FOR PRE-PLEA
## CRIMINAL HISTORY INVESTIGATION

COMES NOW, MICHAEL HERNANDEZ-RIVERA, through his court appointed counsel, seeking an order directing the United States Probation Office to do a criminal history investigation for the reasons appearing below.

### *Procedural Posture*

An indictment was filed against Mr. Hernandez on April 1st, 2021. He was arrested and made his initial appearance and was arraigned on July 15th, 2021, before the Honorable James E. Boasberg. A status conference is scheduled for September 2nd, 2021 at 2:00 pm via videoconference before Judge Boasberg. A scheduling order has not issued as of the filing of this motion.

### *Reasons for Request*

Trial Defense Counsel and his counterpart have started plea discussions, in an effort to determine if this matter can be resolved without a trial. At this point, all parties agree that before we can go further, the defendant's criminal history has to be reviewed.

*Prayer*

WHEREFORE, Mr. Hernandez prays that the court will issue the requested order, directing the United States Probation Office to investigate and report on his criminal history, as soon as possible.

                                      Respectfully submitted,
                                      ANTHONY D. MARTIN, PC

By:   /S/_____
        Anthony D. Martin, 362-537
        GREENWAY CENTER OFFICE PARK
        7474 Greenway Center Drive, Ste 150
        Greenbelt, MD 20770
        (301) 220-3700; (301) 220-1625 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Pre-Plea Criminal History Investigation was filed on the date appearing below and that a copy of the same was sent electronically to:

**Rachel A. Fletcher**; AUSA
Office of the United States Attorney
555 Fourth Street N.W.
Washington, DC 20530

**Anthony F. Scarpelli, AUSA**
Office of the United States Attorney
555 Fourth Street N.W.
Washington, DC 20530

Dated: August 2, 2021

                                               /S/
                                  Anthony D. Martin, 362-537
                                  Trial Defense Counsel