UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | CRIMINAL NO.: 21-CR-00270 (JEB) |
|---|---|
| Plaintiff | |
| v. | |
| [3]  MICHAEL  GABRIEL  HERNÁNDEZ-RIVERA also known as "Mikey" | |
| Defendant | |

## AMENDED MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil Local Rule 83.2(d), Applicant move for the admission and appearance of attorney Luis Rafael Rivera Rodríguez, pro hac vice in the above-entitled action. This motion is supported by the Declaration of Luis Rafael Rivera Rodríguez, filed herewith. As set forth in Mr. Rivera's declaration, he is an active member in good standing and admitted to practice pro hac vice before the following courts: District of Arizona, Eastern and Southern District of New York, Southern District of Florida, District of the Virgin Islands, District of New Jersey, Northern District of Illinois.

Applicant has never been admitted pro hac vice the United States District Court for the District of Columbia.

Applicant is not currently suspended from the practice of law before any court or jurisdiction.

This motion is supported and signed by Linda George, an active and sponsoring member of the Bar of this Court.

Dated this __2__ day of June, 2022.

Respectfully submitted,

*S/LUIS RAFAEL RIVERA*
LUIS   RAFAEL   RIVERA
*USDC-PR 129411*
*LUIS RAFAEL RIVERA LAW OFFICES*
CAPITAL CENTER BLDG. SUITE 401
239 ARTERIAL HOSTOS AVENUE
SAN JUAN, PUERTO RICO 00918
TELEPHONE: (787) 763-1780
FAX:  (787) 763-2145
E-MAIL: luiswichyrivera@hotmail.com